UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRISTOPHER COMMINS,

        Plaintiff,

  - against -

SUFFOLK COUNTY ATTORNEY OFFICE,
SUFFOLK COUNTY,

        Defendants.

------------------------------------------------------------X

**JUDGMENT**
CV-11-2653 (JFB)(WDW)



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 27 2011 ★
LONG ISLAND OFFICE

An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on June 9, 2011, granting plaintiff's motion to voluntarily withdraw the case without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that plaintiff's motion to voluntarily withdraw the case without prejudice pursuant to Rule 41(a)(1) (A)(i) of the Federal Rules of Civil Procedure is granted; and that this case is hereby closed.

Dated: Central Islip, New York
       June 27, 2011

                                              ROBERT C. HEINEMANN
                                              CLERK OF THE COURT

                                  BY:    /S/ CATHERINE VUKOVICH
                                                     DEPUTY CLERK